433 A.2d 535

Commonwealth v. Stackhouse, Appellant.

Submitted March 6, 1980. Robert N. Tarman, Chief Public Defender, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment of sentence affirmed.